**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DANIEL M. BRUM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MATTHEW G. GUERIN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**Civil Action No.**
**25-12786-FDS**

**ORDER**

**SAYLOR, J.**

Daniel M. Brum, an inmate in custody at MCI Norfolk, initiated this *pro se* action on September 26, 2025, by filing a complaint and an application to proceed in this court without prepaying fees or costs (also referred to as a motion or application to proceed *in forma pauperis*). Dkt. Nos. 1-2.

By Procedural Order dated October 10, 2025, Brum's motion for leave to proceed *in forma pauperis* was denied without prejudice to filing with a copy of his prison account statement. Dkt. No. 4. Brum filed two copies of his prison account statement. Dkt. Nos. 5 – 6. On January 29, 2026, the Clerk issued summonses in response to Brum's request. Dkt. Nos. 7 – 8.

Accordingly,

1.      Plaintiff's is granted leave to proceed motion for leave to proceed *in forma pauperis* is ALLOWED.  Plaintiff is assessed an initial, partial filing fee of $65.29, pursuant to 28 U.S.C. § 1915(b)(1)(B).  The remainder of the fee,

$284.71, is to be assessed and collected in accordance with 28 U.S.C. § 1915(b)(2). The Clerk shall provide the standard Notice for Payment of Prisoner Filing Fee to the treasurer of the institution having custody of plaintiff.

2.  Because Brum is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If Brum chooses to have service completed by the USMS, he shall provide the agency with all papers for service and a completed USM-285 form for each party to be served. The USMS shall then complete service, as directed by Brum, with all costs of service to be advanced by the United States. The Clerk shall provide plaintiff with forms and instructions for service by the USMS.

3.  Notwithstanding this Order, it remains plaintiff's responsibility to provide the USMS with all necessary paperwork and service information. Plaintiff shall have 90 days from the date summons were issued to complete service.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: March 16, 2026                United States District Judge